_____

No. 96-3337
_____

In re:  Anne C. Voss,                   *
                                        *
          Debtor.                       *
--------------------                    *
                                        *   Appeal from the United States
Anne C. Voss,                           *   District Court for the
                                        *   Eastern District of Missouri.
          Appellant,                    *
                                        *        [UNPUBLISHED]
     v.                                 *
                                        *
Patrick Cashen,                         *
                                        *
          Appellee.                     *


                     _____

          Submitted:  January 17, 1997

             Filed:  January 21, 1997
                     _____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.
                     _____

PER CURIAM.


     Anne Voss appeals the District Court's[1] dismissal of her multi-count
action against Patrick Cashen on the ground that she was not the real party
in interest.  Having carefully reviewed the parties' briefs and the record,
we conclude that the judgment of the District Court was correct.
Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

     [1]The Honorable Jean C. Hamilton, Chief Judge, United States
District Court for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.